## Cooltronic Corporation of America, Plaintiff-Appellee, v. Lieb Bros., Inc., Defendant-Appellant.

Term No. 58–F–21.

Fourth District.

July 23, 1958.

Released for publication October 6, 1958.

Kramer, Campbell, Costello & Wiechert, for defendant-appellant; John R. Sprague, Elmer M. Lanter, and Alan Dixon, for plaintiff-appellee. Opinion by JUDGE SCHEINEMAN. **Not to be published in full.**